

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON, INC.,<br><br>Debtor.<br><br>--- | Case No.: 9:19-bk-11573-MB<br><br>Chapter 7<br><br>Adv. Proc. No.  9:25-ap-01038-MB |
| GLR LLC, a Delaware limited liability company;<br>GRL LLC, a Delaware limited liability company;<br>RANDEEP S. GREWAL,<br><br>Plaintiff(s),<br><br>vs.<br><br>UBS AG, a Swiss Corporation,<br><br>Defendant(s) | **NOTICE OF STATUS CONFERENCE AND ORDER RE: MOTION FOR REMAND IN A REMOVED PROCEEDING**<br><br>Status Conference<br>Date:  12/15/25<br>Time:  2:30 pm<br>Place:  Courtroom 201<br><br>Parties in interest may appear in person or remotely using ZoomGov video and audio:<br><br>URL:<br>https://cacb.zoomgov.com/j/1606854433<br>Meeting ID: 160 685 4433<br>Password: 662660<br>Telephone Numbers: **1 (669) 254 5252**<br>        **or 1 (646) 828 7666**<br>        **or 1 (833) 568-8864**<br>        **or 1 (551) 285-1373** |

**Status Conference:** A Notice of Removal was filed with this Court on 10/8/2025. Pursuant to Local Bankruptcy Rule 9027-1(b), notice is hereby given that a status conference will be held on the date and time shown above in Courtroom 201 of the United States Bankruptcy Court, Northern Division, 1415 State Street, Santa Barbara, CA 93101. Counsel for the parties to this removed proceeding are ordered to appear to discuss the status of the case.

**Service:** The party who removed this proceeding must serve this *Notice of Status Conference and Order Re: Motion for Remand in a Removed Proceeding* on all other parties to the removed proceeding, on any trustee appointed in the bankruptcy case, and on the United States Trustee. Service must be completed, and a declaration of such service filed, no later than **14 days** after the entry of this *Notice of Status Conference and Order Re: Motion for Remand in a Removed Proceeding.*

**Remand:** Any party that wants the Court to remand the case shall file a motion for remand (together with a memorandum of points and authorities and any evidence in support thereof) not later than **30 days** after the date of filing of the Notice of Removal and shall serve such papers in accordance with Local Bankruptcy Rule 9013-1(d). A hearing on such motion may be calendared for the same date and time as the aforementioned status conference. Failure to timely file and serve a motion for remand may be deemed to be have waived such request.

**F.R.B.P. 9027(e)(3) Statement:** Within **14 days** after service of the Notice of Removal (plus an additional three days if you were served by mail, electronically or pursuant to Fed. R. Civ. P. 5(b)(2)(D), (E) or (F)), all parties (other than the party who filed the Notice of Removal) shall file and serve the statement required by Federal Rule of Bankruptcy Procedure 9027(e)(3).

**Preserving the Right to a Jury Trial:** Within **14 days** after service of the Notice of Removal (plus an additional three days if you were served by mail, electronically or pursuant

to Fed. R. Civ. P. 5(b)(2)(D), (E) or (F)), all parties (including the party who filed the Notice of Removal) must comply with Local Bankruptcy Rule 9015-2.

**Joint Status Report:** Pursuant to Local Bankruptcy Rule 7016-1(a)(2), no later than **14 days** prior to the Status Conference, all parties to this removed proceeding must participate in filing a joint status report ("JSR") and deliver a judge's copy as required in the Court Manual. The JSR must be prepared according to the Status Conference Procedures for the Honorable Martin R. Barash located on the Court's website at www.cacb.uscourts.gov.

Date: 10/09/2025

Hon. Martin R. Barash
U.S. Bankruptcy Judge