O'MELVENY & MYERS LLP
Evan M. Jones (S.B. #115827)
Marc Feinstein (S.B. #158901)
Sean Andrews (S.B. #350713)
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: ejones@omm.com
    mfeinstein@omm.com
    sandrews@omm.com

Nicole Molner (N.Y.S.B. #5885413)
(*pro hac vice* pending)
1301 Avenue of the Americas, Suite 1700
New York, New York 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: nmolner@omm.com

*Attorneys for UBS AG*

**UNITED STATES BANKRUPTCY COURT FOR**

**THE CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON, INC.,<br><br>    Debtor. | Case No. 9:19-bk-11573-MB<br><br>Chapter 7 |
| GLR LLC, a Delaware limited liability company; GRL LLC, a Delaware limited liability company; and RANDEEP S. GREWAL, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>UBS AG, a Swiss Corporation; and Does 1-10, inclusive,<br><br>    Defendants. | Adv. Pro. No. 9:25-ap-01038-MB<br><br><br><br>**STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 9015-2** |

Pursuant to Rule 9015-2 of the Local Bankruptcy Rules, defendant UBS AG ("<u>UBS</u>"), a Swiss Corporation, by and through its undersigned counsel, hereby states that:

1. All claims and causes of action alleged in the above-captioned matter are core proceedings under 28 U.S.C. § 157(b)(2)(A), (C), (H), (M), and (O).

2. UBS does not demand a jury trial, but, in the event that any claim or cause of action asserted in the above-captioned matter is determined to be non-core, UBS consents to the entry of final orders or judgments by the bankruptcy judge.

Dated: October 10, 2025

O'MELVENY & MYERS LLP

By: /s/ *Evan M. Jones*
    Evan M. Jones
    Attorneys for UBS AG